IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRISTY ROBERTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 11-cv-2525 CM/KMH |
| | ) |
| IMPERIAL CREDIT SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

### NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, CHRISTY ROBERTS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By:/s/ Adam C. Maxwell
Adam C. Maxwell (SBN: 24706)
Attorney for Plaintiff
Krohn & Moss, Ltd.
10 N. Dearborn Street
3rd Floor
Chicago, IL 60602
(312) 578-9428
e-mail: amaxwell@consumerlawcenter.com

**CERTIFICATE OF SERVICE**

        I hereby certify that on September 30, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on September 30, 2011, I served all counsel of record with a copy of this document by way of email at msnow@findadebtor.com.


                          By:/s/ Adam C. Maxwell
                               Adam C. Maxwell